# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1066

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Marcos Alejandro Martinez-Rodriguez, | * | |
| also known as Alejandro Rodriguez, | * | **[UNPUBLISHED]** |
| also known as Jose Ortego, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted:   July 16, 2003
Filed:   July 21, 2003

_____

Before LOKEN, Chief Judge, MURPHY, and RILEY, Circuit Judges.

_____

PER CURIAM.

Marcos Martinez-Rodriguez pleaded guilty to illegal reentry following deportation after conviction for an aggravated felony, in violation of 8 U.S.C. § 1326(a), (b)(2). At sentencing, the district court[1] denied Martinez-Rodriguez's motion for downward departure and sentenced him to 71 months imprisonment and 3 years supervised release. On appeal, counsel has moved to withdraw and filed a

_____

[1]The HONORABLE JAMES M. ROSENBAUM, Chief Judge, United States District Court for the District of Minnesota.

brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the district court erroneously sentenced Martinez-Rodriguez at the top of the Guidelines range, and that the court should have granted a downward departure. We reject these arguments.

We do not review a sentence that has been imposed at the top of a properly determined Guidelines range. <u>See</u> <u>United States v. Woodrum</u>, 959 F.2d 100, 101 (8th Cir. 1992) (per curiam). Nor do we review a sentencing court's denial of a downward departure, where, as here, there is no indication the court believed it lacked the authority to depart. <u>See</u> <u>United States v. Lopez-Arce</u>, 267 F.3d 775, 783-84 (8th Cir. 2001).

We have reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.